Filed on 1/23/2015 11:11:29 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 11:15:10 AM
CHRISTOPHER A. PRINE
Clerk

January 23, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1055023
Trial Court Number: Two (2)

**Style:**

| TOM J. JONES ET AL. | VS. | DINH TRAN ET AL. |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** THERESA W. CHANG

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Frank A. Rush, No. 17400700 | Vivian H. Phan, No. 24058044 |
| 3806 Live Oak | 6918 Corporate Drive, Suite A9 |
| Houston, Texas 77004 | Houston, Texas 77036 |
| Phone: (832) 275-3999 | Phone: (713) 772-1991 |
| Fax: N/A | Fax: (713) 758-0318 |
| E-Mail: N/A | E-Mail: vplawfirm@gmail.com |

Tom J. Jones, appellant, filed a Notice of Appeal on January 21, 2015 from the Final Judgment that was signed on January 12, 2015.

The Clerk's Record is due to your office on or before March 13, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

Docket Number: 1055023

| | | |
|---|---|---|
| DINH TRAN et al. | * | In the County Civil Court |
| | * | |
| VS. | * | at Law   No. 2 (Two) |
| | * | |
| Tom J. Jones et al. | * | Harris County, Texas |

## NOTICE OF APPEAL OF COURT DECISION TO UPHOLD EVICTION AND RETURN PROPERTY TO OWNER OF RECORD

TOM J. JONES,  Appellant, pursuant Texas Rule of Civil Procedure 510.9©(3). Appeals the decision of the County Civil Court of Law No. Two (2) entered on January 12, 2015, in Harris County, Texas in CAUSE NUMBER 1055023.

For these reasons and in the interest of justice, Appellant prays that this Court forward all related documents to the County District Court for resolution.   A trial by JURY is requested.

Respectfully submitted,

Tom J. Jones
4223 Lyons Avenue
Houston, Texas 77020
(832) 891-8295

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was sent to Attorney Vivian H. Pham, Attorney for Dinh Tran and Sonny and Ann LLC,   via Fax at 713-758-0318 and via Certified Return Receipt U.S. Mail to: 6918 Corporate  Dr. Ste. A9, Houston Texas 77036 on the 21st Day of January 2015.

Tom J. Jones

"CLOSED"

**NO. 1055023**

| | | |
|---|---|---|
| DINH TRAN & SONNY & ANNA, LLC | § | IN THE COUNTY CIVIL COURT |
| | § | |
| PLAINTIFFS/APPELLANTS, | § | AT LAW NO. TWO (2) |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| TOM J. JONES, AND ALL OCCUPANTS AT 4223 LYONS AVENUE, HOUSTON, TX 77020 | § | |
| | § | |
| DEFENDANT/APPELLEE. | § | |

## FINAL JUDGMENT

On _____, the Court heard the Appeal brought by Defendant/Appellant TOM J. JONES, ET.AL, against Plaintiffs/Appellees DINH TRAN & SONNY & ANNA, LLC from judgment on the Petition for Forcible Detainer.

1. Defendant/Appellant TOM J. JONES, ET.AL appeared in person and by attorney.

2. Plaintiffs/Appellees DINH TRAN & SONNY & ANNA, LLC appeared by attorney and representative.

3. The hearing is on the appeal brought by TOM J. JONES, ET.AL, against whom judgment was rendered in cause number EV61C0021011, In The Justice Court of Harris County Precinct 6 Place 1.

4. Judgment was rendered on October 16, 2014, following the trial of a Petition for Forcible Detainer filed by Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC against TOM JONES, Defendant/Appellant.

5. The Court determined that it had proper jurisdiction over the cause and that venue was proper.

6. The court found that this was a suit for forcible detainer relating to leased premises at

1 | Page

**3**

4223 LYONS AVENUE, HOUSTON, TX 77020 and a lease agreement entered into by the parties on March 1, 2011.

7. In the lower court, the Court ORDERED, ADJUDGED AND DECREED that Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC should receive judgment for possession of the premises. The Court further ordered that a Writ of Possession be granted ordering the Constable of this Precinct to place Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC in possession of the premises.

8. The Court today proceeded to a trial de novo on the issues presented.

9. After hearing the evidence and arguments, the Court ORDERED, that Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC is awarded possession of the rental unit located at 4223 Lyons Avenue, Houston, TX 77020.

10. Defendant/Appellant TOM J. JONES and all other occupants of the premises is further ORDERED to move out of the rental unit at the above location on or before _February 15, 2015_ .

11. It is further ORDERED, that Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC shall have all writs of execution and other process issued which are necessary to enforce this judgment, including a writ of possession which may issue _on or after_ ~~____days after this judgment is signed~~, for which let execution issue. _February 15, 2015,_

12. Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC is awarded a judgment in the amount of $~~4,000.00~~ _$2,000.—_ for unpaid rent against Defendant/Appellant TOM J. JONES.

13. Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC is awarded a

judgment in the amount of $ 2500.— against Defendant/Appellant TOM J. JONES, for reasonable and necessary attorney's fees and $152.00 in court cost incurred herein.

14. It is ORDERED, that STAN STANART, County Clerk, pay Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC $_____ held in the registry of the Court in this case, along with any accumulated interest. These funds shall be credited to any judgments awarded to Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC.

15. It is, further ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiffs/Appellees DINH TRAN AND SONNY AND ANNA, LLC is entitled to and shall have judgment against Defendant/Appellant TOM J. JONES for all cost of court, and for post judgment interest accruing thereon at the rate of 5.00% per annum from and after the date of final judgment herein until paid in full, for all of which let execution and such other writs as are necessary issue to enforce this judgment.

16. This judgment is final and disposes of all parties and claims in this case.

17. In the event that an appeal of this judgment, supersedes bond shall be set in the amount of $ 12,000.— and shall be posted within ten (10) days from the date of the signing hereof in the form of cash or corporate surety licensed by and authorized to do business in the State of Texas for such purposes.

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

Date Signed: _____ JAN 1 2 2015 _____

_____
Judge Presiding

3 | P a g e